**Order entered February 24, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-01080-CV**

**SHAMIM A. CHOWDHURY AND LIZA S. CHOWDHURY, Appellants**

**V.**

**FIDELITY NATIONAL TITLE INSURANCE COMPANY AND
COUNTRYWIDE BANK, FSB, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-19-07095-D**

**ORDER**

Before the Court is appellants' February 22, 2021 request to waive appellate fees. Appellants filed a Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in the trial court on December 3, 2019 and September 22, 2020. The trial court's website reflects that appellants' statements of inability were unchallenged. Accordingly, we **GRANT** appellants' motion. Appellants are allowed to proceed without payment of costs, including this Court's filing fee. *See* TEX. R. APP. P. 20.1(b)(1).

The clerk's record is past due. We **ORDER** Dallas County Clerk John Warren to file the clerk's record **within ten days** of the date of this order.

/s/    CRAIG SMITH
        JUSTICE